**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8110**

---

JEFFREY L. HUNTER,

Plaintiff - Appellant,

versus

IQBAL KHAN; EDWINN SWANN; DOCTOR TOLER; DOCTOR
WALKER; NORTH CAROLINA DIVISION OF PRISONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-99-682-5-F)

---

Submitted: March 14, 2002      Decided: March 25, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey L. Hunter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey L. Hunter seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss his § 1983 action. We dismiss the appeal for lack of jurisdiction because Hunter's notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on August 20, 2001. Hunter's notice of appeal was filed on November 16, 2001. Because Hunter failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the mate-

---

[*] Because Hunter was not incarcerated when he noted his appeal, he does not benefit from Houston v. Lack, 487 U.S. 266 (1988).

rials before the court and argument would not aid the decisional process.

DISMISSED